IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-13367 |
| | ) | |
| v. | ) | Judge Allison D. Burroughs |
| | ) | |
| MONCA TOTH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF UNITED STATES' REQUEST FOR ENTRY OF DEFAULT OF
DEFENDANT MONICA TOTH**

The plaintiff United States of America, pursuant to Rule 55(a) of the Federal Rules of Civil

1

Procedure and upon the Declaration of Andrew A. De Mello, requests that the Clerk of the Court enter the default of the defendant Monica Toth. A proposed Entry of Default is attached.

The declaration of Andrew A. De Mello is attached to this request. The declaration of the process server is attached to this request.

Counsel for the Plaintiff United States of America,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
U.S. Department of Justice, Tax Division


*/s/Andrew A. De Mello*
ANDREW A. DE MELLO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-1372
Fax: (202) 514-5238
Email: andrew.a.de.mello@usdoj.gov

13577078.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following

party by mail on February 5, 2016:


Monica Toth
76 Hallet Hill Road
Weston, MA 02493


/s/Andrew A. De Mello
ANDREW A. DE MELLO
Trial Attorney, Tax Division
U.S. Department of Justice