IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MONCA TOTH,<br><br>  Defendant. | Case No. 1:15-cv-13367<br><br>Judge Allison D. Burroughs |

**PLAINTIFF UNITED STATES' REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT MONICA TOTH**

The plaintiff United States of America, pursuant to Rule 55(a) of the Federal Rules of Civil

1

Procedure and upon the Declaration of Andrew A. De Mello, requests that the Clerk of the Court enter the default of the defendant Monica Toth.   A proposed Entry of Default is attached.

The declaration of Andrew A. De Mello is attached to this request.   The declaration of the process server is attached to this request.

<div style="margin-left: 40%;">

Counsel for the Plaintiff United States of America,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
U.S. Department of Justice, Tax Division


*/s/Andrew A. De Mello*
ANDREW A. DE MELLO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.   20044
Telephone: (202) 307-1372
Fax: (202) 514-5238
Email: andrew.a.de.mello@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the following party by mail on February 5, 2016:

Monica Toth
76 Hallet Hill Road
Weston, MA 02493

                                                */s/Andrew A. De Mello*
                                                ANDREW A. DE MELLO
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice

13577078.1