IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONCA TOTH, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:15-cv-13367<br><br>Judge Allison D. Burroughs |

### ENTRY OF DEFAULT OF DEFENDANT MONICA TOTH

Upon the application of the plaintiff United States of America for an order of default for failure of the defendant Monica Toth to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against defendant Monica Toth.

IT IS SO ORDERED, ADJUDGED, AND DECREED.


Dated_____          _____
                                    Robert M. Farrell
                                    Clerk of the U.S. District Court
                                    For the District of Massachusetts