UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America
    Plaintiff

                                Civil Action
                                No. 1:15-CV-13367-ADB
    v.

Monica Toth
    Defendant

## MOTION FOR DECLARATORY JUDGMENT

I, Monica Toth, pursuant to 28 U.S.C. Section 2201 and Rule 57 of the Federal Rules of Civil Procedure and upon the grounds for relief presented in the attached Declaration of me, Monica Toth, move the Court forthwith (1) to declare the total sum of $ 1,057.00 taken by the Plaintiff from me to be a credit owed by the Plaintiff to me, and (2) to decree that a valid account of the debt which is the subject of the Complaint against me must include this credit.

Dated: April 27 2106

                                /s/ *Monica Toth*  pro se
                                Pro se Defendant

                                Monica Toth
                                76 Hallet Hill Rd
                                Weston MA 02493

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached Motion for Declaratory Judgment is being sent on April 27 2016 duly prepaid to the attorney for the Plaintiff.

The envelope is addressed:

Andrew A. De Mello
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

> _/s/ Monica Toth_  pro se
> Pro se Defendant
>
> Monica Toth
> 76 Hallet Hill Rd
> Weston MA 02493