Expiring in 27 Days 23 Hours 58 Minutes 14 Seconds

# (No Subject)

From <eightochoachtdone@protonmail.com>
To *andrew.a.de.mello@usdoj.gov* <andrew.a.de.mello@usdoj.gov>

Dear Mr. De Mello,

I discovered your letter dated June 8 on Saturday June 10 between 10:00 and 11:00 in the morning. It probably arrived the day before. Since I hadn't received any message from you to expect the letter, I didn't go out earlier to look for it.

After reading your letter, I realized that my answer to the complaint is actually needed now for a few reasons. As you know, I oppose a judgment by default. But also important is that I understand now how the answer to the complaint along with the complaint itself are very useful for identifying the issues upon which we agree as well as those upon which we disagree. It would be pointless for you to prepare for trial to prove any of the allegations which I'm admitting (per Rule 8).

I have been working on completing the answer since Saturday and find that I admit many allegations, deny only a few, and basically admit the rest with only small but significant details which I think must be clarified and included for me to admit these allegations entirely. I plan to email you further details later tonight.

I'm glad that you received my emails, and I appreciate that you read all of them, were able to understand me, and even wrote back to me useful explanations which enable me to understand what I need to do.

Sincerely,

Monica Toth

© 2017 PROTONMAIL.COM - MADE GLOBALLY, HOSTED IN SWITZERLAND. V3.8.13