UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES,<br>　　　　Plaintiff<br><br>v.<br><br>MONICA TOTH,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:15-CV-13367-ADB<br>)<br>)<br>) |

### **DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that Defendant, Monica Toth, in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the following:

1. Electronic Order Allowing Plaintiff's Motion to Dismiss Defendant's Counterclaim and Request for Declaratory Judgment, and Denying Defendant's Motion for Declaratory Judgment (ECF 43);

2. Memorandum and Order Denying Motion to Dismiss (ECF 59);

3. Memorandum and Order Granting Motion for Entry of Sanctions (ECF 110);

4. Memorandum and Order on Defendant's Motion to Vacate Sanctions (ECF 158);

5. Memorandum and Order on Motion for Summary Judgment (ECF 175);

6. Judgment (ECF 176).

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　MONICA TOTH
　　　　　　　　　　　　　　　　　　　　By Her Attorneys

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Wiesner
　　　　　　　　　　　　　　　　　　　　Jeffrey Wiesner, BBO No. 655814
　　　　　　　　　　　　　　　　　　　　Jennifer McKinnon, BBO No. 657758

2

|  |  |
|---|---|
| October 16, 2020 | Wiesner McKinnon LLP<br>90 Canal Street<br>Boston, MA 02114<br>Tel.: (617) 303-3940<br>Fax: (617) 507-7976<br>Email: jwiesner@jwjmlaw.com<br>Email: jmckinnon@jwjmlaw.com |