UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES,<br>        Plaintiff<br><br>v.<br><br>MONICA TOTH,<br>        Defendant | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:15-CV-13367-ADB<br>)<br>)<br>) |

## **DEFENDANT MONICA TOTH'S NOTICE OF FILING**

Defendant, Monica Toth, hereby gives notice that she intends to file a response to *Plaintiff's Reply to Response to Motion to Alter Judgment* (ECF 181). The Plaintiff's *Reply* was filed in response to this Court's instructions to further document its request to amend the judgment (see ECF 180). In Plaintiff's *Reply*, corrections were made to its proposed amended judgment based on new information. Defendant is evaluating the information and has requested additional information from Plaintiff to address outstanding questions concerning these corrections. As the permissible time period for responding to the *Reply* is unclear because of the nature of the Plaintiff's filing, and the defendant does not wish to waive her time to respond, she notifies the Court that she intends to file a response on or before December 7, 2020. <u>The Plaintiff has no objection to this request</u>.

                                                             Respectfully Submitted,
                                                             MONICA TOTH
                                                             By Her Attorneys,

                                                             /s/ Jennifer McKinnon
                                                             Jennifer McKinnon, BBO No. 657758
                                                             Jeffrey Wiesner, BBO No. 655814
                                                             Wiesner McKinnon LLP

1

|  |  |
|---|---|
| November 23, 2020 | 90 Canal Street<br>Boston, MA 02114<br>Tel.: (617) 303-3940<br>Fax: (617) 507-7976<br>Email: jwiesner@jwjmlaw.com<br>Email: jmckinnon@jwjmlaw.com |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.l(a)(2)

Pursuant to Local Rule 7.l(a)(2), Defendant's counsel has conferred with Plaintiff's counsel in good faith efforts to resolve or narrow the issues in this motion.

/s/ Jennifer McKinnon
Jennifer McKinnon