# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States v. Toth

District Court Number: 15cv13367-ADB

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes _X_ No ____    Sealed documents    Yes _X_ No ____
*If yes, document #*    177,191    *If yes, document #*    139

*Ex parte* documents    Yes ____ No _X_    Transcripts    Yes _X_ No ____
*If yes, document #*         *If yes, document #*    30,182,184

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent _X_    Other: ____

Appeal from:

#43 Electronic Order, #59 Memorandum and Order, #110 Memorandum and Order, #158 Memorandum and Order, #175 Memorandum and Order, #176 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#43, #59, #110, #158, #175, #176, and #178

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 178 filed on October 16, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 4, 2021.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**