IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 15-cv-13367-ADB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MONICA TOTH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**AMENDED JUDMGENT**

This matter has come before the Court upon the United States' motion to alter or amend the judgment that was entered on September 16, 2020 (ECF No. 176), following this Court's granting of the United States' motion for summary judgment, also September 16, 2020 (ECF No. 175). The Court hereby enters the following amended judgment.

JUDGMENT is entered for the United States and against Monica Toth, as a penalty under 31 U.S.C. § 5321(a)(5) for her willful failure to report her relationship with UBS, AG, on a timely filed Report of Foreign Bank and Financial Accounts for the 2007 year, in the amount, as of September 16, 2020, of $3,208,253.11 (which includes, in addition to the FBAR penalty assessment of $2,173,703, a late-payment penalty imposed under 31 U.S.C. § 3717(e)(2) of $886,601.95 and pre-judgment interest of $147,948.16).

This judgment shall be reduced by a payment of $3,138,097.48 Defendant Monica Toth made on October 28, 2020, and a payment of $87,985.19 that the government deems to have been made on November 19, 2020, such that the debt reflected by this amended judgment has been paid in full, as of November 19, 2020.

**SO ORDERED.**

Date: January 25, 2021 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE